IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND – GREENBELT DIVISION

UNITED STATES OF AMERICA  :

VS.                             :  RWT 08 CR 0288

WILBUR BALLESTEROS         :

### NOTICE OF APPEAL

Wilbur Ballesteros, by and through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fourth Circuit the judgment entered in this case on December 7, 2009.

Respectfully Submitted,

*/s/Jane Carol Norman*
Jane Carol Norman
Bond & Norman, PLLC
777 6th St. NW #410
Washington, DC 20001
(202) 682-4100
Fax: (202) 207-1041

Counsel for Wilbur Ballesteros

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of December, 2009 , a copy of the foregoing was sent via electronic means to AUSA James Crowell, Office of the United States Attorney, 6500 Cherrywood Lane, Greenbelt, Md. 20770.

*/s/Jane Carol Norman*
Jane Carol Norman